No. 791. JOHN P. SQUIRE Co. *v.* UNITED STATES. April 22, 1940. Petition for writ of certiorari to the Court of Claims denied. *Mr. W. Parker Jones* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *J. Louis Monarch* for the United States.

No. 810. SCALES ET UX. *v.* PRUDENTIAL INSURANCE Co. April 22, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Wallace E. Davis* for petitioners. *Mr. J. Thomas Gurney* for respondent.

No. 820. VAN EVERY *v.* COMMISSIONER OF INTERNAL REVENUE. April 22, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Howard B. Henshey* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Thomas E. Harris* and *Miss Louise Foster* for respondent.

No. 824. HARTFORD ACCIDENT & INDEMNITY Co. *v.* CARDILLO, DEPUTY COMMISSIONER, ET AL. April 22, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Cornelius H. Doherty* for petitioner. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for respondents.

Nos. 827, 828, 829, and 830. OSTERLING *v.* COMMONWEALTH TRUST Co. ET AL. April 22, 1940. Petition for writs of certiorari to the Supreme Court of Pennsylvania